USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANA LYNN WROBEL,

                Plaintiff,

      v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.

No. 21-CV-11036 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    By Order dated February 14, 2022, the Court ordered the parties to either consent to conduct all further proceedings before Magistrate Judge Cott, or if either party did not consent, to file a joint letter advising the Court. The Court is not in receipt of any update. The parties shall comply with the Court's February 14, 2022 Order by no later than March 17, 2022.

SO ORDERED.

Dated:     March 10, 2022
             New York, New York

                                                  _____
                                                  Ronnie Abrams
                                                  United States District Judge